UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02414-RMR

JESSICA MARTIN,

    Plaintiff,

v.

J.R.D. MANAGEMENT CORP., d/b/a MAXX PROPERTIES,

    Defendant.

## STIPULATION FOR DISMISSAL WIITH PREJUDICE

Plaintiff, Jessica Martin, and Defendant, J.R.D. Management Corp., d/b/a Maxx Properties, by and through their undersigned attorneys, stipulate to dismiss with prejudice all claims and subsequent proceedings, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, with each party to pay her or its own costs.

WHEREFORE, the Parties respectfully move this Court to dismiss this action with prejudice.

Dated this 12th day of November, 2021.

| HKM EMPLOYMENT ATTORNEYS, LLP | HOLLAND & HART LLP |
|---|---|
| By: */s/ Shelby Woods*<br>Claire E. Hunter<br>Shelby Woods<br>730 17th Street, Suite 750<br>Denver, CO 80202<br>Tele: (720) 668-8989<br>swoods@hkm.com<br>chunter@hkm.com<br>*Attorneys for Plaintiff* | By: */s/ Steven Gutierrez*<br>Steven Gutierrez<br>Holland & Hart LLP<br>555 17th Street, Ste 3200<br>Denver, CO 80202<br>Ph: (303) 295-8000<br>sgutierrez@hollandhart.com<br>*Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November 2021, a true and correct copy of the foregoing **Stipulation for Dismissal with Prejudice** was filed with the Court and served via CM/ECF on the following:

Steven Gutierrez
Holland & Hart LLP
555 17th Street, Ste 3200
Denver, CO 80202
Ph: (303) 295-8000
sgutierrez@hollandhart.com
*Attorneys for Defendant*

                                           */s/ Jen Kern*
                                           Jen Kern, Paralegal